**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PAMELA HILLIER, | ) | CASE NO. 4:25-cv-2103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JAMES E. |
| | ) | GRIMES JR. |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendant. | ) | **RECOMMENDATION** |
| | ) | |

On October 3, 2025, Plaintiff Pamela Hillier filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's ("Commissioner") decision to deny her applications for disability insurance benefits and supplemental security income.  (ECF No. 1).  On April 17, 2026, Magistrate Judge James E. Grimes Jr. issued a Report and Recommendation ("R&R") recommending that the Court affirm the final decision of the Commissioner.  (ECF No. 12).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service.  Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).  Absent objection, a district court may adopt an R&R without further review.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  As of the date of this Order, more than 14 days have passed and neither party has objected to the R&R.  Accordingly, the Court **ADOPTS** Magistrate Judge Grimes's R&R (ECF No. 12), incorporates it fully herein by reference, and **AFFIRMS** the final decision of the Commissioner.

1

**IT IS SO ORDERED.**

Date:   May 4, 2026

_____

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**

2